# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:

**Rafael Figueroa-Ayala**
**Laura Figueroa**

**Debtor**

Case No.:    6: 18-bk-00563-CCJ

Chapter 13

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND REQUEST FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the proof of service, plus an additional three days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington St., Suite 5100, Orlando, FL 32801; serve a copy on the movant's attorney, Alejandro Rivera, Esq., 1400 W. Oak Street, Ste. F, Kissimmee, FL 34741, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW the Debtors, Rafael Figueroa-Ayala and Laura Figueroa, by counsel, files this Motion to Modify Order Confirming Chapter 13 Plan, and as grounds in support of this motion would state the following:

1. This case was filed January 31, 2018, and the Order Confirming Chapter 13 Plan was entered on September 20, 2018.

2. The debtor has fallen behind on plan payments due to unforeseen circumstances.

3. The debtor desires to modify the confirmed plan according to the payments and disbursements on Exhibit "A" attached hereto.

WHEREFORE, the debtor moves this Court for a modification of the Order Confirming Chapter 13 Plan as stated herein, and for such other relief as the Court deems appropriate.

Dated this the 19th day of November, 2018.

/s/Rafael Figueroa-Ayala
Rafael Figueroa-Ayala, Debtor

/s/Laura Figueroa
Laura Figueroa, Co-Debtor

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing Motion to Modify Order Confirming Chapter 13 Plan via United States Regular Mail, postage prepaid, to all parties on the attached mailing matrix the 19th day of November, 2018.

/s/Alejandro Rivera
■ Alejandro Rivera, Esq.
FBN 90038
❏ Jessica L. Fellows, Esq.
FBN 112477
**ALEJANDRO RIVERA P.A.**
**A Law Firm**
1400 W. Oak St. #F
Kissimmee, FL. 34741
Ofc. 407 518-7160
Fax. 407 518-7678
Email. Rivera@RiveraAt Law.com
**ATTORNEY FOR DEBTOR**

| DUE DATE 2ND | | 18-00563 CJ 3/2/2018 Unsecured | | AYALA Debtor Pmt | 10.0% Tee Fee | | ATTY | | MONITORING FEE | | ADMINISTRATION PARA EL | | FREEDOM TIBER WAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | 60 | | | | | $4,500.00 | | | | | | |
| 3/2/2018 | 1 | $0.00 | | $3,114.38 | $311.44 | | $375.00 | | | | $100.00 | | $1,754.42 |
| 4/2/2018 | 2 | $0.00 | | $3,114.38 | $311.44 | | $375.00 | | | | $100.00 | | $1,754.42 |
| 5/2/2018 | 3 | $0.00 | | $3,114.38 | $311.44 | | $375.00 | | | | $100.00 | | $1,754.42 |
| 6/2/2018 | 4 | $0.00 | | $3,114.38 | $311.44 | | $375.00 | | | | $100.00 | | $1,754.42 |
| 7/2/2018 | 5 | $0.00 | 5 at | $3,114.38 | $311.44 | | $375.00 | | | | $100.00 | | $1,754.42 |
| 8/2/2018 | 6 | $0.00 | 1 at | $3,210.00 | $321.00 | 6 at | $375.00 | | | 6 at | $100.00 | 6 at | $1,754.42 |
| 9/2/2018 | 7 | $0.00 | 1 at | $1,000.00 | $100.00 | 1 at | $0.00 | | | | | 1 at | $900.00 |
| 10/2/2018 | 8 | $0.00 | | $3,210.00 | $321.00 | | $375.00 | | | | | | $1,754.42 |
| 11/2/2018 | 9 | $0.00 | 2 at | $3,210.00 | $321.00 | 2 at | $375.00 | | | | | 2 at | $1,754.42 |
| 12/2/2018 | 10 | $0.00 | | $3,415.00 | $341.50 | | $417.10 | 10 at | | | | | $1,896.82 |
| 1/2/2019 | 11 | $0.00 | | $3,415.00 | $341.50 | | $417.10 | | $50.00 | | | | $1,896.82 |
| 2/2/2019 | 12 | $0.00 | | $3,415.00 | $341.50 | 3 at | $417.10 | | $50.00 | | | | $1,896.82 |
| 3/2/2019 | 13 | $0.00 | | $3,415.00 | $341.50 | 1 at | $248.70 | | $50.00 | | | 4 at | $1,896.82 |
| 4/2/2019 | 14 | $0.00 | | $3,415.00 | $341.50 | | | | $50.00 | | | | $1,896.83 |
| 5/2/2019 | 15 | $0.00 | 6 at | $3,415.00 | $341.50 | | | | $50.00 | | | 2 at | $1,896.83 |
| 6/2/2019 | 16 | $0.00 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 7/2/2019 | 17 | $0.00 | | $3,210.00 | $321.00 | 4 at | | | $50.00 | | | | $1,754.42 |
| 8/2/2019 | 18 | $0.00 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 9/2/2019 | 19 | $0.00 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 10/2/2019 | 20 | $0.02 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 11/2/2019 | 21 | $0.00 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 12/2/2019 | 22 | $0.00 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 1/2/2020 | 23 | $0.00 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 2/2/2020 | 24 | $242.67 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 3/2/2020 | 25 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 4/2/2020 | 26 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 5/2/2020 | 27 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 6/2/2020 | 28 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 7/2/2020 | 29 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 8/2/2020 | 30 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 9/2/2020 | 31 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 10/2/2020 | 32 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 11/2/2020 | 33 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 12/2/2020 | 34 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 1/2/2021 | 35 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 2/2/2021 | 36 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 3/2/2021 | 37 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 4/2/2021 | 38 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 5/2/2021 | 39 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 6/2/2021 | 40 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 7/2/2021 | 41 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 8/2/2021 | 42 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 9/2/2021 | 43 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 10/2/2021 | 44 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 11/2/2021 | 45 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 12/2/2021 | 46 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 1/2/2022 | 47 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 2/2/2022 | 48 | $465.76 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 3/2/2022 | 49 | $744.17 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 4/2/2022 | 50 | $744.17 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 5/2/2022 | 51 | $744.17 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 6/2/2022 | 52 | $744.17 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 7/2/2022 | 53 | $744.17 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 8/2/2022 | 54 | $744.17 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 9/2/2022 | 55 | $744.17 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 10/2/2022 | 56 | $744.17 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 11/2/2022 | 57 | $744.17 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 12/2/2022 | 58 | $744.17 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 1/2/2023 | 59 | $744.17 | | $3,210.00 | $321.00 | | | | $50.00 | | | | $1,754.42 |
| 2/2/2023 | 60 | $833.79 | 45 at | $3,210.00 | $321.00 | 43 at | | 50 at | $50.00 | 54 at | | 45 at | $1,754.42 |
| | | $20,440.60 | | $191,141.90 | $19,114.19 | | $4,500.00 | | $2,500.00 | | $600.00 | | $105,265.20 |
| | | $104,069.82 | | | | | ATTY | | | | | | |
| | | 20% | | | | | | | | | | | |

| DUE DATE 2ND | | CAPITAL ONE BMW 335 I | | | FOUNDATION FIN WATER FILTER | | | FLAGSHIP CR TOYOTA CAMRY | | | ARREARS TOYOTA CAMRY | | | PREFERRED CR KIRBY VACCUUM | | | IRS | | LOE BM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | | | | | | | $1,334.39 | | | |
| 3/2/2018 | 1 | | | | | $278.41 | | | $118.00 | | | $167.11 | | | | $10.00 | | | |
| 4/2/2018 | 2 | | | | | $278.41 | | | $118.00 | | | $167.11 | | | | $10.00 | | | |
| 5/2/2018 | 3 | | | | | $278.41 | | | $118.00 | | | $167.11 | | | | $10.00 | | | |
| 6/2/2018 | 4 | | | | | $278.41 | | | $118.00 | | | $167.11 | | | | $10.00 | | | |
| 7/2/2018 | 5 | | | | | $278.41 | | | $118.00 | | | $167.11 | 5 | at | | $10.00 | | | |
| 8/2/2018 | 6 | 6 | at | $278.41 | 6 | at | $118.00 | 6 | at | $167.11 | 1 | at | $54.56 | 6 | at | $10.00 | | | |
| 9/2/2018 | 7 | 1 | at | $0.00 | 1 | at | $0.00 | 1 | at | $0.00 | 1 | at | $0.00 | 1 | at | $0.00 | | | |
| 10/2/2018 | 8 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | $54.56 | | $54.70 | | | |
| 11/2/2018 | 9 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | $54.56 | | $54.70 | | | |
| 12/2/2018 | 10 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | $54.56 | 3 | at | $54.70 | | |
| 1/2/2019 | 11 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | $54.56 | | $4.70 | | | |
| 2/2/2019 | 12 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | $54.56 | 2 | at | $4.70 | | |
| 3/2/2019 | 13 | | | | | $278.41 | | | $118.00 | | | $222.41 | 6 | at | $54.56 | 1 | at | $88.84 | | |
| 4/2/2019 | 14 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | 1 | at | $392.09 | | |
| 5/2/2019 | 15 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | 1 | at | $388.28 | 15 at | |
| 6/2/2019 | 16 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | $0.00 | | $361.36 | |
| 7/2/2019 | 17 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | $0.00 | | $361.36 | |
| 8/2/2019 | 18 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | $0.00 | | $361.36 | |
| 9/2/2019 | 19 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | $0.00 | 4 at | $361.36 | |
| 10/2/2019 | 20 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | $0.00 | 1 at | $361.34 | |
| 11/2/2019 | 21 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | $0.00 | | | |
| 12/2/2019 | 22 | 15 | at | $278.41 | | | $118.00 | 15 | at | $222.41 | | | | 7 | at | $0.00 | | | |
| 1/2/2020 | 23 | 1 | at | $556.82 | | | $118.00 | 1 | at | $355.20 | | | | 1 | at | $40.09 | | | |
| 2/2/2020 | 24 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | 1 | at | $191.59 | | |
| 3/2/2020 | 25 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 4/2/2020 | 26 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 5/2/2020 | 27 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 6/2/2020 | 28 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 7/2/2020 | 29 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 8/2/2020 | 30 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 9/2/2020 | 31 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 10/2/2020 | 32 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 11/2/2020 | 33 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 12/2/2020 | 34 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 1/2/2021 | 35 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 2/2/2021 | 36 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 3/2/2021 | 37 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 4/2/2021 | 38 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 5/2/2021 | 39 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 6/2/2021 | 40 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 7/2/2021 | 41 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 8/2/2021 | 42 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 9/2/2021 | 43 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 10/2/2021 | 44 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 11/2/2021 | 45 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 12/2/2021 | 46 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 1/2/2022 | 47 | | | | | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | |
| 2/2/2022 | 48 | 25 | at | $278.41 | | | $118.00 | | | $222.41 | | | | | | | | | |
| 3/2/2022 | 49 | | | | | | | | $118.00 | | | $222.41 | | | | | | | | |
| 4/2/2022 | 50 | | | | | | | | $118.00 | | | $222.41 | | | | | | | | |
| 5/2/2022 | 51 | | | | | | | | $118.00 | | | $222.41 | | | | | | | | |
| 6/2/2022 | 52 | | | | | | | | $118.00 | | | $222.41 | | | | | | | | |
| 7/2/2022 | 53 | | | | | | | | $118.00 | | | $222.41 | | | | | | | | |
| 8/2/2022 | 54 | | | | | | | | $118.00 | | | $222.41 | | | | | | | | |
| 9/2/2022 | 55 | | | | | | | | $118.00 | | | $222.41 | | | | | | | | |
| 10/2/2022 | 56 | | | | | | | | $118.00 | | | $222.41 | | | | | | | | |
| 11/2/2022 | 57 | | | | | | | | $118.00 | | | $222.41 | | | | | | | | |
| 12/2/2022 | 58 | | | | | | | | $118.00 | | | $222.41 | | | | | | | | |
| 1/2/2023 | 59 | | | | | | | | $118.00 | 36 | at | $222.41 | | | | | | | | |
| 2/2/2023 | 60 | 12 | at | | 53 | at | $118.00 | 1 | at | $132.79 | | | | | | | | | 60 at |
| | | | | $13,363.68 | | | $6,962.00 | | | $12,833.56 | | | $381.92 | | | $1,334.39 | | $1,806.78 | |
| | | | | Pd @ 15.93% | | | Pd @ 9.9% | | | Pd @ 6.5% | | | Pd @ 6.5% | | | | | | |

| DUE DATE 2ND | | BEL FIN MW X3 | | | HOA |
|---|---|---|---|---|---|
| | 60 | | | | |
| 3/2/2018 | 1 | SURR | | | |
| 4/2/2018 | 2 | | | | |
| 5/2/2018 | 3 | | | | |
| 6/2/2018 | 4 | | | | |
| 7/2/2018 | 5 | HARLEY | 5 | at | |
| 8/2/2018 | 6 | DAVIDSON | 1 | at | $31.50 |
| 9/2/2018 | 7 | 2017 | 1 | at | $0.00 |
| 10/2/2018 | 8 | BREAKOUT | | | $31.50 |
| 11/2/2018 | 9 | SURR | | | $31.50 |
| 12/2/2018 | 10 | | | | $31.50 |
| 1/2/2019 | 11 | | | | $31.50 |
| 2/2/2019 | 12 | | 5 | at | $31.50 |
| 3/2/2019 | 13 | | | | $115.76 |
| 4/2/2019 | 14 | | 2 | at | $115.76 |
| 5/2/2019 | 15 | | 1 | at | $119.57 |
| 6/2/2019 | 16 | | | | $104.40 |
| 7/2/2019 | 17 | | | | $104.40 |
| 8/2/2019 | 18 | | | | $104.40 |
| 9/2/2019 | 19 | | | | $104.40 |
| 10/2/2019 | 20 | | 5 | at | $104.40 |
| 11/2/2019 | 21 | | | | $465.76 |
| 12/2/2019 | 22 | | 2 | at | $465.76 |
| 1/2/2020 | 23 | | 1 | at | $14.47 |
| 2/2/2020 | 24 | | 1 | at | $31.50 |
| 3/2/2020 | 25 | | | | |
| 4/2/2020 | 26 | | | | |
| 5/2/2020 | 27 | | | | |
| 6/2/2020 | 28 | | | | |
| 7/2/2020 | 29 | | | | |
| 8/2/2020 | 30 | | | | |
| 9/2/2020 | 31 | | | | |
| 10/2/2020 | 32 | | | | |
| 11/2/2020 | 33 | | | | |
| 12/2/2020 | 34 | | | | |
| 1/2/2021 | 35 | | | | |
| 2/2/2021 | 36 | | | | |
| 3/2/2021 | 37 | | | | |
| 4/2/2021 | 38 | | | | |
| 5/2/2021 | 39 | | | | |
| 6/2/2021 | 40 | | | | |
| 7/2/2021 | 41 | | | | |
| 8/2/2021 | 42 | | | | |
| 9/2/2021 | 43 | | | | |
| 10/2/2021 | 44 | | | | |
| 11/2/2021 | 45 | | | | |
| 12/2/2021 | 46 | | | | |
| 1/2/2022 | 47 | | | | |
| 2/2/2022 | 48 | | | | |
| 3/2/2022 | 49 | | | | |
| 4/2/2022 | 50 | | | | |
| 5/2/2022 | 51 | | | | |
| 6/2/2022 | 52 | | | | |
| 7/2/2022 | 53 | | | | |
| 8/2/2022 | 54 | | | | |
| 9/2/2022 | 55 | | | | |
| 10/2/2022 | 56 | | | | |
| 11/2/2022 | 57 | | | | |
| 12/2/2022 | 58 | | | | |
| 1/2/2023 | 59 | | | | |
| 2/2/2023 | 60 | | 36 | at | |
| | | | | | $2,039.58 |